IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TWIN PINES COAL COMPANY, INC. )<br>and RGGS LAND & MINERALS, LTD.,)<br>L.P., a Delaware limited Partnership, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COLONIAL PIPELINE COMPANY, )<br>)<br>Defendant. ) | CASE NUMBER: 2:09-cv-1403-SLB |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Northern District of Alabama and *Fed. R. Civ.P.* 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Twin Pines Coal Company, Inc. in the above-styled action certified that the general nature and purpose of the foregoing entity or entities is the mining and sale of coal.

Counsel also certified that Twin Pines Coal Company, Inc. is wholly owned by Five J's Trust. No publically traded corporation owns any interest or is affiliated with Twin Pines Coal Company, Inc.

Respectfully submitted,

/s/ Edward R. Jackson
Edward R. Jackson (asb-6899-S53E)
Attorney for Twin Pines Coal Company, Inc.

OF COUNSEL:

JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, Alabama 35502-0748
Telephone: (205)387-2171

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing has been served on the below named parties/attorney(s) of record by placing a copy in the U. S. Mail, properly addressed, proper first class postage prepaid this 16th day of July, 2009.

Jane Margaret Laird Calamusa
ROSEN HARWOOD, P.C.
Post Office Box 2727
Tuscaloosa, Alabama 35403

Colonial Pipeline Company
c/o CSC-Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama 36104

             s/ Edward R. Jackson
             Of Counsel