FILED
2009 Oct-16 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TWIN PINES COAL COMPANY, INC., and RGGS LAND & MINERALS, LTD, L.P., a Delaware Limited Partnership, <br><br> PLAINTIFFS, <br><br> VS. <br><br> COLONIAL PIPELINE COMPANY, <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 2:09-cv-01403-SLB

## NOTICE OF SERVICE OF DISCOVERY

Comes now Twin Pines Coal Company, Inc. and hereby gives notice of serving the following discovery documents in the above styled case upon the attorneys of record:

1. Twin Pines Coal Company, Inc.'s Answers to Colonial Pipeline Company's First Interrogatories - (TP 006357 - TP 006477).

Respectfully submitted,

 s/ Edward R. Jackson
Edward R. Jackson, JAC012
Attorney for Plaintiff
Twin Pines Coal Company, Inc.

OF COUNSEL:
JACKSON, FIKES, HOOD & BRAKEFIELD
P. O. Box 748
Jasper, AL 35502-0748
(205)387-2171

# CERTIFICATE OF SERVICE

I hereby certify that on the ___16th___ day of ___October___, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing by e-mail and/or will be mailed by U.S. Mail if e-mail is not available to the following:

Alfred F. Smith, Jr., Esq.
Rebecca C. Eubanks, Esq.
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
P.O. Box 530886
Birmingham, AL  35253

James L. Goyer, III, Esq.
John Thomas A. Malatesta, III, Esq.
John D. Bethay, III, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL  35203

Jane L. Calamusa, Esq.
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL  35401

Jeff Friedman, Esq.
Lee Patterson, Esq.
FRIEDMAN LEAK
P.O. Box 43219
Birmingham, AL  35243-3219

                           s/ Edward R. Jackson
                           Edward R. Jackson, JAC012

F:\DATA\EDDIE\TWIN.PINES\COLONIAL\PLEADINGS\NoticeOfDiscovery10.16.09.wpd